UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KEITH, | No. 2:14-cv-1596-WBS-CMK-P |
| Plaintiff, | |
| v. | **ORDER** |
| GARRETT WILLIAM, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to the court  by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Having reviewed the entire file, the court concludes that the appeal is not taken in good faith.  For the reasons stated in the court's August 9, 2016, findings and recommendations, plaintiff has not stated a claim upon which relief can be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is not taken in good faith; and

/ / /

/ / /

1

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated:  March 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE